Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In Re the Guardianship of:<br>ARION VOHNN COLEMAN,<br><br>Incapacitated Person. | CASE NO. C18-5807<br><br>ORDER GRANTING DEFENDANT'S MOTION TO SEAL |

The Court, having reviewed the pleadings and materials in this case, it is hereby **ORDERED** that:

The Defendant's Motion to Seal is GRANTED, because Exhibit B includes sensitive medical information.

Dated this 16th day of October, 2018.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER GRANTING
DEFENDANT'S MOTION TO SEAL - 1
Case No. C18-5807

Presented by:

ANNETTE L. HAYES
United States Attorney

*s/Patricia D. Gugin*
PATRICIA D. GUGIN, WSBA #43458
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: (253) 428-3800
Fax: (253) 428-3826
E-mail: pat.gugin@usdoj.gov

ORDER GRANTING
DEFENDANT'S MOTION TO SEAL - 2
Case No. C18-5807

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800